UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| R.R.; G.J.; R.G.; all others similarly situated; and DISABILITY RIGHTS WASHINGTON,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; PATRICIA LASHWAY, in her official capacity as Acting Secretary of the Department of Social and Health Services; SPECIAL COMMITMENT CENTER; WILLIAM VAN HOOK, in his official capacity as Chief Executive Officer of Special Commitment Center,<br><br>　　　　　　　Defendants. | Case No: 3:17-CV-05080-BHS<br><br>SUPPLEMENTAL AGREEMENT |

　　　　The parties hereby amend the Settlement Agreement signed on October 20, 2016 in the above captioned proceeding to incorporate the following language:

　　　　Section II (D)(1)(d)(iv) is amended as follows "Findings of Compliance.  If the Panel has found Defendants to be in substantial compliance with all of the substantive sections of this Agreement, the Parties *shall jointly move for dismissal of this case within 45 days, unless class counsel files a motion to extend the continuing jurisdiction of the court based on its good faith determination that substantial compliance has not in fact been achieved. The Court shall retain jurisdiction if it determines that defendants are not in substantial compliance with the agreement*.  However, even absent a finding of compliance by the Panel, Defendants may move for dismissal at any time."

　　　　New subsection (v) is inserted in Section II (D)(1)(d) as follows:  "In deciding any motion to dismiss or otherwise rule on matters that are not resolved via the dispute resolution process described in Section II(F)(3), the Court will base its decision on its assessment of whether the evidence demonstrates defendants are in substantial compliance with the terms of this agreement."

Dated: June 28, 2017

**DISABILITY RIGHTS WASHINGTON**

*/s/ David Carlson*
*/s/ Rachael Seevers*
*/s/ Anna Guy*
David R. Carlson, WSBA No. 35767
Rachael Seevers, WSBA No. 45846
Anna Guy, WSBA No. 48154
315 Fifth Avenue South, Suite 850
Seattle, WA  98104
(206) 324-1521

**CARNEY GILLESPIE ISITT PLLP**

*/s/Christopher Carney*
*/s/Sean Gillespie*
*/s/Kenan Isitt*
Christopher Carney, WSBA No. 30325
Sean Gillespie, WSBA No. 35365
Kenan Isitt, WSBA No. 35317
600 1st Ave Ste LL08
Seattle, WA  98104

**Attorneys for Plaintiffs**

**ROBERT W. FERGUSON**
**Attorney General**

*/s/ Craig Mingay*
CRAIG B. MINGAY, WSBA No. 45106
JOSHUA P. WEIR, WSBA No. 49819
Assistant Attorneys General
Office of the Attorney General
P.O. Box 40124
Olympia, WA  98504-0124
Telephone:  (360) 586-6565
Fax:  (360) 586-6658
E-mail:CraigM1@atg.wa.gov
JoshuaW1@atg.wa.gov

**Attorneys for Defendants**